UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LANCE RAIKOGLO,

                Plaintiff,

    v.

UNITED STATES OF AMERICA, *et al.*,

                Defendants.

CASE NO. 3:23-cv-06073-DGE

REPORT AND RECOMMENDATION

Noting Date: March 15, 2024

        The District Court has referred Plaintiff Lance Raikoglo's pending Application to Proceed *In Forma Pauperis* ("IFP") and Proposed Complaint to United States Magistrate Judge Grady J. Leupold pursuant to Amended General Order 11-22.

        On November 22, 2023, Plaintiff filed a Proposed Complaint and an Application to Proceed IFP, that is, without paying the filing fee for a civil case. *See* Dkts. 1, 1-1. The IFP Application was referred to the undersigned on November 22, 2023, and, on December 12, 2023, the Court screened Plaintiff's Proposed Complaint and found it was deficient because Plaintiff failed to state a claim upon which relief may be granted. *See* Dkt. 2. In that Order, the Court gave

REPORT AND RECOMMENDATION - 1

Plaintiff leave to file an amended complaint to cure the deficiencies by January 12, 2024, and re-noted the pending IFP Application. *Id*.

On December 21, 2023, Plaintiff filed a Proposed Amended Complaint. Dkt. 3. On January 16, 2024, the Court screened Plaintiff's Proposed Amended Complaint and found Plaintiff again had failed to state a claim upon which relief may be granted. *See* Dkt. 4. In that second Order, the Court gave Plaintiff leave to file a second amended complaint to cure the deficiencies by February 16, 2024, and re-noted the pending IFP Application. *Id*. The Court warned that failure to file a proposed second amended complaint would result in the Court recommending the dismissal of this matter without prejudice. *Id*.

Plaintiff has failed to comply with the Court's second Order. He has not filed a proposed second amended complaint correcting the deficiencies contained within the Proposed Amended Complaint or otherwise responded to the Court's Order. As Plaintiff has failed to respond to the Court's Order and prosecute this case, the Court recommends this case be **DISMISSED without prejudice** and the IFP Application (Dkt. 1) be **DENIED as moot**.

Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted).

//

//

REPORT AND RECOMMENDATION - 2

1  Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the
2  matter for consideration on March 15, 2024, as noted in the caption.
3  Dated this 28th day of February, 2024.

Grady J. Leupold
United States Magistrate Judge