UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LANCE RAIKOGLO,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 3:23-cv-06073-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed de novo the Report and Recommendation of United States Magistrate Judge Grady J. Leupold, and the remaining record, and there being no objection filed, does hereby find and ORDER:

1) The Court ADOPTS the Report and Recommendation (Dkt. No. 5.)

2) Plaintiff's Application to Proceed In Forma Pauperis (Dkt No. 1) is DENIED and Plaintiff's claims are DISMISSED without prejudice.

3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1  Dated this 25th day of March, 2024.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2